Magistrate Judge Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-0069RSL |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA |
| CHRISTOPHER MAXWELL, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement

//
//
//

06-CR-00042-RPT

RULE 11 PLEA/CHRISTOPHER MAXWELL
CR06-0042P

pursuant to Fed. R. Crim. P. 11(c)(3), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 4th day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

NOTICE

Objections to this Report and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/CHRISTOPHER MAXWELL
CR06-0042P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970