_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

**AUG 2 5 2006**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**06-CR-00042-ORD**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MAXWELL,<br><br>       Defendant. | NO. CR06-0042P<br><br>PRELIMINARY ORDER OF FORFEITURE |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and based upon the guilty plea of CHRISTOPHER MAXWELL to Conspiracy, as charged in Count 1 of the Indictment, in violation of Title 18, United States Code, Sections 371, and Intentionally Causing and Attempting to Cause Damage to a Protected Computer, as charged in Count 2 of the Indictment, in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(a)(5)(B)(ii), 1030(b), 1030(c)(4)(A), and 2, and upon the terms of the Plea Agreement filed in this matter between CHRISTOPHER MAXWELL and the United States, it is hereby

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 982(a)(2)(B), CHRISTOPHER MAXWELL's interest in the following property seized by the Federal Bureau of Investigation on July 7, 2005, and September 19, 2005, is hereby forfeited to the United States of America:

    a.    All Funds Held in Account Number \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*5225 at Paypal, in the Name of CHRISTOPHER MAXWELL;

b.  All Funds Held in Account Number ******0129 at Wells Fargo, in the Name of CHRISTOPHER MAXWELL;

c.  All Funds Held in Account Number ******9657 at Wells Fargo, in the Name of CHRISTOPHER MAXWELL.

IT IS FURTHER ORDERED that the United States Marshals Service shall seize the above-described property and maintain such seized property in its custody and control until further order of this Court, or until this Order becomes final pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of this Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law. The notice shall run for one (1) day each week for three (3) consecutive weeks in the Daily Journal of Commerce and/or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-described property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall advise such interested persons that:

1.  the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such property;

2.  the petition shall be signed by the petitioner under penalty of perjury; and

3.  the petition shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property.

The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent possible, provide direct written notice as a substitute for published notice to any person known to have an alleged interest in the above-described property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of any third party claims, this Court will enter a Final Order of Forfeiture

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all such claims will be addressed.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Based upon the Plea Agreement and the guilty plea entered by the defendant herein, the Court finds that the defendant had an interest in the forfeited property. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on any third party petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

IT IS FURTHER ORDERED that the United States shall have clear title to the above-described property following the Court's disposition of all third party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n), for the filing of third party petitions.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

//

//

//

//

//

//

//

PRELIMINARY ORDER OF FORFEITURE - 3
CR06-0042P - CHRISTOPHER MAXWELL

1    The Clerk of the Court is directed to send a copy of this Preliminary Order of

2    Forfeiture to all counsel of record and nine (9) "raised sealed" certified copies to the

3    United States Marshals Service in Seattle, Washington.

4        DATED this _25th_ day of August, 2006.

5

6

7                                        MARSHA J. PECHMAN
                                         United States District Judge
8

9    Presented by:

10

11

     KATHRYN A. WARMA
12   Assistant United States Attorney

13

14

     RICHARD E. COHEN
15   Assistant United States Attorney

16

17

     STEVE BAUER
18   Attorney for Defendant

19

20

     CHRISTOPHER MAXWELL
21   Defendant

22

23

24

25

26

27

28

PRELIMINARY ORDER OF FORFEITURE - 4
CR06-0042P - CHRISTOPHER MAXWELL