# ATTACHMENT A

Email from Gary Stine of the Colton Unified School District.

------Original Message-----
From: STINE GARY [mailto:Gary_Stine@colton.k12.ca.us]
Sent: Tue 6/7/2005 1:47 PM
To: Vo, Thom (LA) (IC)
Subject: Virus Activity

Dear Agent Vo,

Thank you for contacting the Colton Joint Unified School District to let us know threats what we are facing. Both your and Agent Farquar's assistance has aided us in our fight against this latest threat. As requested, please find the following information regarding this virus' effects within our school district.

On Monday, February 14, 2005, our technicians began noticing an odd appearance of what we initially thought to be adware/spyware. This adware/spyware was not the usual in the sense that typical adware/spyware removal tools would not remove all traces of whatever this thing was. The symptoms of the typical system were that pop-ups would appear in increasing frequency until the computer was rendered useless. The user would not be able to click on anything without more pop-ups. A few days after the initial appearance of this threat, we classified it as a "virus that appeared as adware" and began treating it as such. Since that date, we have spent many hours cleaning systems. Many of these systems were so badly infected that our only option was to re-image them. For instance, the entire classroom population of computers (approximately 100 computers) at Reche Canyon Elementary School had to be re-imaged. Terrace Hills Middle School had over 100 computers infected. All sites were infected to some degree, but others seemed to replicate the virus more quickly.

The additional workload generated from this virus had severely degraded our ability to provide prompt service our students. As a result, we are consistently 150-200 work orders behind. Additionally, a great majority of the systems affected are/were student computers. These computers were used for direct instruction, research, library studies, and general use by the students of our District.

We have a staff of 5 technicians who have spent approximately 70% of their time, on average, dealing with this virus threat since it proliferated throughout the District. Additionally, we have 2 technicians who have spent a significant amount of time troubleshooting and attempting to mitigate the virus threat at the server level. I estimate that the District has already lost approximately $50,000-$75,000 in labor costs alone due to this virus outbreak. However, there is a far greater cost that needs to be taken into consideration. The cost incurred from the loss of computers used by students and teachers for instructional purposes. We have had many computer labs of 36 or more computers taken down by this virus. The week or longer it takes to clean and repair the labs impacts the students who need this hardware for their educational endeavors. Setting aside the tremendous workload

this virus has created for IT, the students, teachers, support staff and administrators of our District are the real victims. Instructional time lost can never be regained and is infinitely valuable.

Thank you again for getting in touch with us so early in the game. It is a comfort to know that agencies like the FBI are constantly working to safeguard our community from threats like this. Please let me know if I can provide any further information.

Sincerely,

Gary Stine, CISSP

Director, Information Technology

Colton Joint Unified School District

1212 Valencia Dr.

Colton, CA 92324

(909) 580-5000 Ext. 6562

(909) 554-1879 Fax

# ATTACHMENT B

# Colton Joint Unified School District

*Dennis Byas, Superintendent*



### BOARD OF EDUCATION
Mr. David R. Zamora, *President*
Mr. Robert D. Armenta, Jr., *Vice-President*
Mr. Kent Taylor, *Clerk*
Mr. Mel Albiso
Mr. Mark Hoover
Mr. Frank A. Ibarra
Mrs. Marge Mendoza-Ware

Joining Together to Go the Extra Mile

August 9, 2006

Honorable Judge Marsha Pechman
United States District Court
c/o Assistant U.S. Attorney Kathryn Warma
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Dear Judge Pechman:

This correspondence is to confirm that the Colton Joint Unified School District experienced a computer virus attack (invasion) by the individual in question.

The attached letter, written by Mr. Gary Stine, accurately describes the actions taken against the District as a victim of the defendant's actions, which not only impacted the District financially, but most importantly, impacted our District students by compromising the educational programs and their daily learning opportunities. The cost/loss to the District was estimated at $50,000 to $75,000, and it is our hope that the District would benefit from the restitution process.

Part of our mission is to teach our students' ethics, and we hope this case will enforce a belief in ethics.

Respectfully,

Dennis Byas
Superintendent

cae

---

# ATTACHMENT C

DENNIS E. WAGNER
Interim County Counsel

RUTH E. STRINGER
Assistant County Counsel

CHIEF DEPUTIES
Daniel B. Haueter
Michael A. Sachs
Rex A. Hinesley
W. Andrew Hartzell

SUPERVISING DEPUTY
Sandra D. Baxter



**County of San Bernardino**
**County Counsel**

385 NORTH ARROWHEAD AVENUE
SAN BERNARDINO, CA 92415-0140

TELEPHONE (909) 387-5455

FAX (909) 387-5462

DEPUTIES

| | |
|---|---|
| Dawn Stafford | Jeffrey S. Moret |
| Charles J. Larkin | Robin C. Cochran |
| P. Joanne Fenton | Phebe W. Chu |
| Paul St. John | Jamila Bayati |
| L. Thomas Krahelski | Cynthia Adams O'Neill |
| Charles S. Scolastico | Scott M. Runyan |
| Jean-Rene Basle | Mitchell L. Norton |
| Alan L. Green | Sandra Grajeda |
| Michelle D. Blakemore | Julie J. Surber |
| Robert L. Jocks | Steven R. Bass |
| Kevin L. Norris | Ramona E. Verduzco |
| Dennis Tilton | Jacqueline Carey-Wilson |
| Michael A. Markel | Danielle E. Wuchenich |
| Regina A. Coleman | Glenn C. Moret |
| Carol A. Greene | Teresa M. McGowan |
| Melissa A. Ladenson | Dawn M. Messer |
| Matthew J. Marnell | James H. Thebeau |
| Fiona G. Luke | Frank Salazar |
| Paymon Z. Bidari | Eric K. Yee |
| Daniela C. Fernandez | Beth Steigerwalt |

August 15, 2006

AUSA Kathryn A. Warma
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
E-mail: Kathryn.warma@usdoj.gov

Re: "Botnet" Case – Defendant Christopher Maxwell

Dear Ms. Warma:

As counsel for the Colton Joint Unified School District ("District"), and on behalf of the District Governing Board ("Board"), this letter will confirm that the Board adopts the letter written by Mr. Gary Stine, CISSP, Director, Information Technology for the District, as well all of the information he has provided to you to date, as accurately reflecting the loss suffered by the District as a result of Mr. Maxwell's system intrusion and the damages it caused   The District Board officially requests restitution in the amount indicated therein.

I trust that this letter will satisfy your need for a letter of assurances from the District. If is does not, please feel free to contact this office for further clarification.

Very truly yours,

DENNIS E. WAGNER
Interim County Counsel

DANIEL B. HAUETER
Chief Deputy County Counsel

DBH:smc
cc.     Dennis Byas
        Casey Credelich
        Gary Stine
        David Thurston
        David Beeson

#285176

Page 13